UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

KATHARINE LEWIS, et al.,

       Plaintiffs,

       v.

TRAVELERS CASUALTY
INSURANCE COMPANY,

       Defendant.

CIVIL ACTION NO. 3:25-CV-02004

(SAPORITO, J.)

## ORDER

AND NOW, this 14th day of May, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.    Travelers's motion to dismiss or, in the alternative, compel arbitration and stay proceedings under Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. 3) is **GRANTED** in part and **DENIED** in part. The motion is **DENIED** as to Travelers's motion to dismiss and **GRANTED** as to Travelers's request to compel arbitration and stay proceedings.

2.    The plaintiffs' claims will be arbitrated pursuant to the Arbitration Agreement between the plaintiffs and Travelers, and the action is stayed pending arbitration.

- 2 -

Dated: May 14, 2026            *s/Joseph F. Saporito, Jr.*
                               JOSEPH F. SAPORITO, JR.
                               United States District Judge